FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 3:22-cv-00212-DPM-ERE

Jury Trial: ☑ Yes ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Benjamin Coulter
ADC# 122145

Address: Grimes Unit, 300 corrections Drive, Newport, AR 72112

Name of plaintiff: _____
ADC# _____
Address: _____

Name of plaintiff: _____
ADC# _____
Address: _____

This case assigned to District Judge Marshall
and to Magistrate Judge Ervin

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Dexter Payne
Position: Director
Place of employment: Dept. of Correction
Address: 6814 Princeton Pike, Pine Bluff, AR 71601
Name of defendant: Warden Thomas Hurst

Position: WARden of Grimes unit
Place of employment: Newport, AR,
Address: 300 Corrections DR. Newport, AR 72112
Name of defendant: Sgt. Robeetson
Position: SARgent, Security over maintenance
Place of employment: Grimes unit, Newport
Address: 300 Corrections DR, Newport, AR, 72112

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendant in:
  ☐ Official capacity only
  ☐ Personal capacity only
  ☑ Both official and personal capacity

III. Previous Lawsuits

  A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?
     Yes _____  No __✓__

  B. If you answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

     ☐ Parties to the previous lawsuit:

     Plaintiffs: none previous

     Defendants: none previous

☐ Court (if federal court, name the district; if state court, name the county):

_____none previous_____

☐ Docket Number: _none previous_

☐ Name of Judge to whom case was assigned: _none previous_

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _none previous_

☐ Approximate date of filing lawsuit: _none previous_

☐ Approximate date of disposition: _none previous_

IV.  Place of Present confinement: <u>Arkansas Department of Correction, Grimes Unit, 300 Corrections Drive, Newport, AR 72112</u>

V.  At the time of the alleged incident(s), were you:
(Check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

___✓___ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)

explain: _Possession of Drugs 27 10 grams_

VI.  The Prison Litigation Reform Act (PLRA), 42 U.S.C. §1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

  A. Did you file a grievance or grievances presenting the facts set forth in this complaint?
  Yes _✓_  No _____

  B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?
  Yes _✓_  No _____

If not, why? _exhausted grievance_

VII.  Statement of claim

State here (as briefly as possible) the facts of you case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Dexter Payne is Responsible for the day-to-day operation of Rules, Regulations that are to be practiced daily, and continualy, at Grimes Unit. As overseer, Warden Hurst is Acting in conceet with Director Payne for failing to add here to implement Rules, Regulations policy, to protect your Plaintiff from harm by proper conditions of confinment with proper in door Air. Sgt. Robertson, specifically, under Director Payne and Warden Hurst has failed to Abide by Administrative 10-16 "Temperature Settings" that Sgt. Robertson's Refusal to Apply proper Settings per policy, that the temperature had caused your Plaintiff's

See Attached pages: 2-5

2

cell to have condensation on the floor and causing your Plaintiff to slip and fall that had reunited past back, neck and shoulder injuries.

All three Defendants are being sued in his individual and official capacity for violation of Plaintiff's 8th and 14th Amendment Rights to the Federal Constitution; that forbids "cruel and unusual punishment;

Plaintiff contends that these Respondents failed to adhere to proper guidlines and/or training for such harsh conditions, were deliberate indifference toward Plaintiff's that Plaintiff states these Respondents were subjectively aware of the harm and therefore, failed to abide by said Administrative Directive 10-16;

Plaintiff further contends that Sgt. Robertson Recklessness and being hostile toward previous grievance written against him, shows his Action for disregard toward Plaintiff health and safety, that Sgt. Robertson knew that turning off the Air would cause Condensation on Plaintiff's cell floor that had caused your Plaintiff to slip and fall causing serious injuries to your Plaintiff; Plaintiff contends that his injuries are caused from Sgt. Robertson Actions that caused these inhumane conditions that are subject to this Court's scruntiny under the 8th Amendment that shows the principle of the unnecessay and wanton infliction of pain.; See: Estelle vs Gamble 429 U.S.;

Plaintiff strongly contends that the Respondents cannot make any claims that they, or any such Regulation invidiously deny your Plaintiff access to proper Air "Temperature Setting"; thereby, Plaintiff has exhausted his grievance and has in Plaintiff's behave a nurse Report of the "cause" of Plaintiff's injuries and a Captain as a witness of the cause of said injuries; And therefore, these Respondents will not make any showing that it serve as a legitimate penological purpose after Sgt. Robeetson grievance was filed against him that caused Sgt. Robeetson to misued the former system to properly provide proper Temperature settings that administrative Directive 10-16 Requires per law;

VII.   Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

See Attached: Prayer For Relief

I declare under penalty of perjury (18 U.S. C. § 1621) that the forgoing is true and correct.

Executed on this 3 day of August, 2022.

*Benjamin Coulter*
360 Corrections Dr. #122145
Newport, AR, 72112
Signature(s) of Plaintiff(s)

Prayer for Relief

Wherefore, Plaintiff Respectively Pray as followed:

Plaintiff request for proper claim to be filed under 42 U.S.C. § 1983;

Plaintiff Request a hearing for this cause of violations that caused Plaintiff's injuries, OR

Plaintiff Request any and all other just and proper Relief this court deems necessary.

It is so prayed...

STATE OF ARKANSAS      )
                       )§§
COUNTY OF Jackson      )

Petitioner, Coulter, Benjin, being first duly sworn under oath, presents that he has read and subscribed to the above and states that the Information therein is true and correct.

SUBSCRIBED AND SWORN TO BEFORE ME this  9  day of August , 2022.

My Commission Expires: 5/6/2026

_____
Notary Public

The following must be completed:

## CERTIFICATE

I hereby certify that the Petitioner herein, Benjamin Coulter, has the sum of $ 0.10  on account to his credit at the Grimes Unit  institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said Grimes unit  institution: _____
300 Corrections Dr Newport, AR 72112 .

Authorized Officer of Institution
See Attached:

Benjamin Coulter #122145
300 Corrections Dr.
New Port, Ar. 72112

ADC
GRIMES
UNIT

quadient
FIRST-CLASS MAIL
IMI
$001.92
08/12/2022 ZIP 72112
043M31231547
US POSTAGE

United States District Court
600 west Capitol
Little Rock, AR 72201