IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BENJAMINE COULTER**  **PLAINTIFF**
**ADC #122145**

V.                NO. 3:22-cv-00212-DPM-ERE

**DEXTER PAYNE,** *et al.*                **DEFENDANTS**

### ORDER

Plaintiff Benjamin Coulter, an Arkansas Division of Correction ("ADC") inmate, filed this lawsuit *pro se* under 42 U.S.C. § 1983. *Doc. 2*. In his complaint, Mr. Coulter alleges that: (1) Director Dexter Payne and Warden Thomas Hurst failed to implement policies to protect him from harm; (2) Sergeant Robertson failed to follow ADC Administrative Directive 10-16 "Temperature Settings," causing condensation to form on Mr. Coulter's cell floor; (3) Sergeant Robertson was aware that that turning off the air conditioning in Mr. Coulter's cell would cause condensation to form on the cell floor, creating the dangerous condition that led to Mr. Coulter's slip and fall; and (4) Sergeant Robertson disregarded Mr. Coulter's health and safety in retaliation for Mr. Coulter filing a grievance against him.

For screening purposes, Mr. Coulter has arguably stated two claims against Sergeant Robertson: (1) a retaliation claim; and (2) a deliberate indifference claim. Accordingly, service of those claims is now proper. The Court will address Mr. Coulter's remaining claims in a separate Recommendation.

IT IS THEREFORE ORDERED THAT:

1. The Clerk is instructed to prepare a summons for Sergeant Robertson.

2. The United States Marshal is directed to serve Sergeant Robertson with a summons and a copy of the complaint (with any attachments) (*Doc. 2*), without requiring prepayment of fees and costs or security. Service for Sergeant Robertson should be attempted through the ADC Compliance Division, P.O. Box 20550, Pine Bluff, Arkansas 71612.

Dated this 18th day of August, 2022.

_____
UNITED STATES MAGISTRATE JUDGE