IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BENJAMIN COULTER                                                    PLAINTIFF

v.                           No. 3:22-cv-212-DPM-ERE

DEXTER PAYNE, Director, ADC;
THOMAS HURST, Warden, Grimes
Unit, ADC; and ROBERTSON, Sgt./
Maintenance Security, Grimes Unit, ADC                    DEFENDANTS

ORDER

The Court adopts Magistrate Judge Ervin's unopposed partial recommendation, *Doc. 5*. FED. R. CIV. P 72(b) (1983 addition to advisory committee notes). The Court directs the Clerk to correct the docket: *Doc. 6* is a notice rather than an objection. Coulter's claims against Payne and Hurst, as well as his claim against Robertson for failing to follow ADC policy, will be dismissed without prejudice. Payne and Hurst will be dismissed as defendants. Coulter's retaliation and deliberate indifference claims against Robertson go forward.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

5 October 2022