# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**BENJAMIN COULTER**                                          **PLAINTIFF**

v.                      No. 3:22-cv-212-DPM

**ROBERTSON, Sgt./Maintenance**
**Security, Grimes Unit, ADC**                         **DEFENDANT**

## ORDER

1. The Court withdraws the reference.

2. Coulter hasn't filed a free-world application to proceed *in forma pauperis* or paid the $402 filing and administrative fees; and the time to do so has passed. *Doc. 12*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

3. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 January 2023