IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BENJAMIN COULTER                                                                    PLAINTIFF

v.                                     No. 3:22-cv-212-DPM

DEXTER PAYNE, Director, ADC;
THOMAS HURST, Warden, Grimes
Unit, ADC; and ROBERTSON, Sgt./
Maintenance Security, Grimes Unit, ADC                                    DEFENDANTS

## JUDGMENT

Coulter's complaint is dismissed without prejudice.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 January 2023